UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

STEFAN SIMPSON,

        Petitioner,           Case No. 1:22-cv-842

v.                                         Honorable Hala Y. Jarbou

JAMES R. SCHIEBNER,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

**IT IS FURTHER ORDERED** that Petitioner's motion to appoint counsel (ECF No. 4) is **DENIED**.

**IT IS ALSO ORDERED** that Petitioner's motion for expedited consideration (ECF No. 5) is **DENIED**.

Dated:  October 11, 2022                 /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge